| Fill in this information to identify your case and this filing: | |
|---|---|

| Debtor 1 | **Robert Lee Williams** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number   3:22-bk-31842-SHB

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**Old Andrew Johnson Hwy. East**
Street address, if available, or other description

**Jefferson City    TN    37760-0000**
City          State      ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**3.5 Acres of Land**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$59,600.00** | **$59,600.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Sole owner-Deed**

☐ Check if this is community property
(see instructions)

| Debtor 1 | **Robert Lee Williams** | Case number (if known) | **3:22-bk-31842-SHB** |

---

**1.2** **If you own or have more than one, list here:**

**Flat Gap Road (By Fire Tower Road)**
Street address, if available, or other description

**Jefferson City**    **TN**    **37760-0000**
City    State    ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Lakewood Lot; Bulls Gap Road Property; Fire Tower Road Property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$87,000.00** | **$87,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Sole Owner**

☐ **Check if this is community property**
(see instructions)

---

**1.3** **If you own or have more than one, list here:**

**795 Lakewood Drive**
Street address, if available, or other description

**Jefferson City**    **TN**    **37760-0000**
City    State    ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**House and lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$294,800.00** | **$147,400.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by the Entirety**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Robert Lee Williams**                                     Case number *(if known)*   **3:22-bk-31842-SHB**

**1.4**

**If you own or have more than one, list here:**

**700 Highway 92**
Street address, if available, or other description

**Jefferson City      TN**
City                State        ZIP Code

**Jefferson County**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$72,000.00** | **$72,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Sole Owner**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................=>**        **$366,000.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

**3.1**   Make:   **Ford**

Model:   **F350**

Year:   **2016**

Approximate mileage:   **Unknown**

Other information:

**VIN#-1FT8W3DTXGED20723**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

**3.2**   Make:   **Harley Davidson**

Model:   **FSA RS**

Year:   **2003**

Approximate mileage:

Other information:

**VIN#-1HD1BWB4733Y094741; 2005 Harley Davidson FLU MC (VIN#-1HD1FCW175Y676540); 2017 Towmaster T16 UT (VIN#-4KNTT1626HL160940)**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

Debtor 1    **Robert Lee Williams**                                     Case number *(if known)*   **3:22-bk-31842-SHB**

---

| 3.3 | Make: | **GMC** |
| | Model: | **Sierra** |
| | Year: | **2008** |
| | Approximate mileage: | |
| | Other information: | |

**VIN#-1GTJK33638F206647**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$25,000.00** | **$25,000.00** |

---

| 3.4 | Make: | **Ford** |
| | Model: | **Dump Truck** |
| | Year: | **1997** |
| | Approximate mileage: | **Unknown** |
| | Other information: | |

**Vehicle has not been driven and does not run due to transmission out and bed rusted.**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$1,000.00** | **$1,000.00** |

---

| 3.5 | Make: | **Ford** |
| | Model: | **F150** |
| | Year: | **2004** |
| | Approximate mileage: | **269435** |
| | Other information: | |

**Work truck used in business**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$1,000.00** | **$1,000.00** |

---

| 3.6 | Make: | **Caterpillar** |
| | Model: | **289D3** |
| | Year: | |
| | Approximate mileage: | |
| | Other information: | |

**Excavator used in Willmore construction**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$40,000.00** | **$40,000.00** |

---

| 3.7 | Make: | **Caterpillar** |
| | Model: | **321** |
| | Year: | |
| | Approximate mileage: | |
| | Other information: | |

**Machine is used by Willmore Construction**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$27,000.00** | **$27,000.00** |

---

Debtor 1   **Robert Lee Williams**                                    Case number *(if known)*   **3:22-bk-31842-SHB**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 4.1 Make: **Keystone** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: **Trailer** | ☑ Debtor 1 only | | |
| Year: **2007** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| **Tag#-76TE922** | ☐ Check if this is community property (see instructions) | **$5,500.00** | **$5,500.00** |

| | | | |
|---|---|---|---|
| 4.2 Make: **Keystone** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: **Trailer** | ☑ Debtor 1 only | | |
| Year: **2002** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| | ☐ Check if this is community property (see instructions) | **$4,000.00** | **$4,000.00** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>    **$153,500.00**

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| **Refrigerator, Vac. Cleaner, Dishwasher, Grill, (6) Patio Chairs, Tools, Garden Tools** | **$485.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| **TV, Cell Phone** | **$400.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes.  Describe.....

| Debtor 1 | **Robert Lee Williams** | Case number *(if known)* | **3:22-bk-31842-SHB** |
|---|---|---|---|

| 9 Guitars, 3 Amps | $3,000.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| 5 Pistols,  1 Rifle, 1 AK | $1,400.00 |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothing | $500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Apple Watch | $300.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| Dog | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

| | $6,085.00 |
|---|---|

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.........................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

Institution name:

| 17.1.  **Checking** | **Citizens Bank** | $5.00 |
|---|---|---|

| Debtor 1 | **Robert Lee Williams** | | Case number *(if known)* | **3:22-bk-31842-SHB** |

| | | | | |
|---|---|---|---|---|
| 17.2. | **Checking** | **First Peoples Bank** | | $38.50 |
| 17.3. | **Checking** | **Knox TVA CU** | | $0.00 |
| 17.4. | **Prepaid Card** | **Robinhood** | | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Wilmore Construction, LLC-Market Value is unknown since this is a "service" type construction related business and primarily sells and delivers dirt to customers.  Due to equipment being fully encumbered or leased with no equity the company value is considered to be $0 or unknown because of the small size and lack of known market for an LLC with this balance sheet.** | **100** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                               Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
       Type of account:        Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................    Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No

Debtor 1   **Robert Lee Williams**                         Case number *(if known)*   **3:22-bk-31842-SHB**

☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ■ No
     ☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ■ No
     ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**
     ■ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29.  **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
     ■ No
     ☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
     benefits; unpaid loans you made to someone else
     ☐ No
     ■ Yes.  Give specific information..

| Money owed by Arlan Williams (Buyout/Uncollectible) | $8,000.00 |
|---|---|

31.  **Interests in insurance policies**
     *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
     ■ No
     ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32.  **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
     someone has died.
     ■ No
     ☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ■ No
     ☐ Yes.  Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ☐ No
     ■ Yes.  Describe each claim.........

| Innovative Maintenance LLC & Arlan Williams-Note Payable Buy Sell Agreement (Uncollectible) | **Unknown** |
|---|---|

| Debtor 1 | Robert Lee Williams | Case number *(if known)* | 3:22-bk-31842-SHB |
|---|---|---|---|

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................... | **$8,043.50**

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

■ No

☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

■ Yes.  Describe.....

| Folding Table | $20.00 |
|---|---|

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

■ No

☐ Yes.  Describe.....

41.  **Inventory**

■ No

☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**

■ No

☐ Yes.  Give specific information about them...................
        Name of entity:                              % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ■ No

   ☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

| Debtor 1 | **Robert Lee Williams** | Case number *(if known)* | **3:22-bk-31842-SHB** |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................. | **$20.00** |

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00** |

**Part 8:** List the Totals of Each Part of this Form

| 55. | **Part 1: Total real estate, line 2** .................................................................................................... | | **$366,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $153,500.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $6,085.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $8,043.50 | |
| 59. | **Part 5: Total business-related property, line 45** | $20.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |

| 62. | **Total personal property.** Add lines 56 through 61... | **$167,648.50** | Copy personal property total | **$167,648.50** |

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$533,648.50** |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE


In re:                                    )
                                          )
ROBERT LEE WILLIAMS                       )          Case No. 3:22-31842-SHB
                                          )
                                          )          Chapter 7
                        Debtor.           )


NOTICE OF AMENDMENT


Comes now the Debtor, by and through counsel, and pursuant to E.D. Tenn. LR 1009-1(b), does hereby give notice of the following amendment(s):

1.  Amending Schedules A/B & C to add and exempt equity in a Caterpillar 289D3 & Caterpillar 321.

**Dated: May 10, 2023**


                                s/Richard M. Mayer
                                s/John P. Newton, Jr.
                                Richard M. Mayer, #5534
                                John P. Newton, Jr., #010817
                                Attorneys at Law
                                8351 E. Walker Springs Ln, #100
                                Knoxville, Tennessee 37923
                                (865) 588-5111 Telephone

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Amendment has been served upon the following parties via U. S. Mail [postage prepaid], email, and/or Electronic Case Filing:

Tiffany Diiorio
Office of the U.S. Trustee

Ryan Jarrard
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**

s/Richard M. Mayer<br>
s/John P. Newton, Jr.<br>
Richard M. Mayer, #5534<br>
John P. Newton, Jr., #010817<br>
Attorneys at Law<br>
8351 E. Walker Springs Ln, Ste. 100<br>
Knoxville, Tennessee 37923<br>
(865) 588-5111 Telephone

**Dated: May 10, 2023**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Robert Lee Williams** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number | **3:22-bk-31842-SHB** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                          **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1997 Ford Dump Truck Unknown miles** **Vehicle has not been driven and does not run due to transmission out and bed rusted.** Line from *Schedule A/B*: **3.4** | $1,000.00 | ■ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **2004 Ford F150 269435 miles** **Work truck used in business** Line from *Schedule A/B*: **3.5** | $1,000.00 | ■ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Caterpillar 289D3** **Excavator used in Willmore construction** Line from *Schedule A/B*: **3.6** | $40,000.00 | ■ $2,651.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Refrigerator, Vac. Cleaner, Dishwasher, Grill, (6) Patio Chairs, Tools, Garden Tools** Line from *Schedule A/B*: **6.1** | $485.00 | ■ $485.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

Debtor 1   **Robert Lee Williams**                                   Case number (if known)   **3:22-bk-31842-SHB**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **TV, Cell Phone**<br>Line from *Schedule A/B*: **7.1** | **$400.00** | ■ | **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **9 Guitars, 3 Amps**<br>Line from *Schedule A/B*: **9.1** | **$3,000.00** | ■ | **$3,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **5 Pistols,  1 Rifle, 1 AK**<br>Line from *Schedule A/B*: **10.1** | **$1,400.00** | ■ | **$1,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | **$500.00** | ■ | **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Apple Watch**<br>Line from *Schedule A/B*: **12.1** | **$300.00** | ■ | **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Checking: Citizens Bank**<br>Line from *Schedule A/B*: **17.1** | **$5.00** | ■ | **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Checking: First Peoples Bank**<br>Line from *Schedule A/B*: **17.2** | **$38.50** | ■ | **$38.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Folding Table**<br>Line from *Schedule A/B*: **39.1** | **$20.00** | ■ | **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

## **UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO**
## **AMENDED SCHEDULES A/B & C**

I, Robert Lee Williams, declare under penalty of perjury that I have read the above Amendment, and the matters stated therein are true and correct to the best of my knowledge, information and belief.

DATED:05/08/2023                    /s/ROBERT LEE WILLIAMS

DATED:05/08/2023                    /s/RICHARD MAYER /s/JOHN NEWTON

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded by Electronic Case Filing (ECF) to the following:

Tiffany Diiorio
Office of the U.S. Trustee

Ryan Jarrard
Chapter 7 Trustee

**SEE ATTACHED CREDITOR MATRIX**

Dated:05/10/2023                    /s/John P. Newton /s/Richard M. Mayer
                                     John P. Newton   #010817
                                     Richard M. Mayer #0054
                                     Attorneys at Law
                                     8351 E. Walker Springs Ln, Ste. 100
                                     Knoxville, Tennessee 37923
                                     (865) 588-5111 Telephone

Label Matrix for local noticing
0649-3
Case 3:22-bk-31842-SHB
Eastern District of Tennessee
Knoxville
Mon Apr 10 14:34:19 EDT 2023

Knoxville TVA Employees Credit Union
c/o Jason L. Rogers
P.O. Box 869
Knoxville, TN 37901-0869

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pathway Lending
201 Venture Circle
Nashville, TN 37228-1603

3
United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
Suite 330, 800 Market Street
Knoxville, TN 37902-2343

Albert Williams
731 Lakewood Dr
Jefferson City, TN 37760-5129

Amazon/SYNCB
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Argonaut Insurance Company
c/o CMGIA
20335 Ventura Blvd., #426
Woodland Hills, CA 91364-2458

Barbara Williams
795 Lakewood Drive
Jefferson City, TN 37760-5129

Ben D. Cunningham, Esq.
United States Attorney's Office
Eastern District of Tennessee
800 Market Street, #211
Knoxville, TN 37902-2342

CAT Commercial Card
P.O. Box 70612
Philadelphia, PA 19176-0612

Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

Charles and Geri Shields
377 Lake Vista Drive
Auburndale, FL 33823-5743

Charles and Geri Shields
c/o Lynn Tarpy
Tarpy, Cox, Fleishman & Leveille, pllc
1111 N. Northshore Drive, Suite N-290
Knoxville, TN 37919-2804

Citibank
Attn: Bankruptcy Dept.
P.O. Box 790034
St Louis, MO 63179-0034

Citibank
P.O. Box 9001037
Louisville, KY 40290-1037

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citizens Bank & Trust Co of Grainger County
PO Box 1515
Morristown, TN 37816-1515

Citizens Bank & Trust Co. of Grainger County
1131 Highway 11W
Bean Station, TN 37708-5809

Citizens Bank & Trust of Grainger Co.
1131 Hwy. 11W
Bean Station, TN 37708-5809

Citizens Bank & Trust of Grainger Co.
6680 Hwy. 92
Rutledge, TN 37861-4656

Citizens Bank & Trust of Grainger Co.
8335 Rutledge Pike
Rutledge, TN 37861-3111

Discover Financial Svs.
Attn: Bankruptcy Dept.
P.O. Box 3025
New Albany, OH 43054-3025

First Peoples Bank
415 E. Meeting Street
Dandridge, TN 37725-4911

First Peoples Bank
P.O. Box 590
Jefferson City, TN 37760-0590

George Shirley, President & CEO
Citizens Bank & Trust Co. of Grainger Co
P.O. Box 98
Rutledge, TN 37861-0098

Glenn W. Siler, Registered Agent for
Knoxville TVA Employees Credit Union
1409 Centerpoint Blvd.
Knoxville, TN 37932-1962

Goldman Sachs Bank USA
Attn: Bankruptcy Dept.
P.O. Box 70379
Philadelphia, PA 19176-0379

Home Depot/Citibank
P.O. Box 790034
St Louis, MO 63179-0034

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Co. Trustee
P.O. Box 38
Dandridge, TN 37725-0038

Jennifer Boling Hall, Trustee
P.O. Box 38
Dandridge, TN 37725-0038

John Sheids
377 Lake Vista
Auburndale, FL 33823-5743

John Shields
377 Lake Vista
Auburndale, FL 33823-5743

Knoxville TVA Employees Credit Union
Attn: Bankruptcy Dept.
P.O. Box 36027
Knoxville, TN 37930-6027

Knoxville TVA Employees Credit Union
P.O. Box 36027
Knoxville, TN 37930-6027

Larry Gold Law, P.C.
1335 Moores Mill Road, NW
Atlanta, GA 30327-1445

Mark Esposito
Penn Stuart
804 Anderson Street
Bristol, TN 37620-2266

Nancy Williams
115 Live Oak Drive
Leland, NC 28451-7605

Sam's Club/SYNCB
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Southeast Community Capital
201 Venture Circle
Nashville, TN 37228-1603

Southeast Community Capital Corporation
Mark L. Esposito, Esq.
PennStuart
804 Anderson Street
Bristol, TN 37620-2266

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Tesla Motors Inc.
216 Montvue Road
Knoxville, TN 37919-5532

Towne Center West Associates
c/o Larry Gold Law P.C.
1335 Moores Mill Road NW
Atlanta, GA 30327-1445

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025-9001

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Traveler's Property Casualty Insurance
CCS
PO Box 607
Norwood, MA 02062-0607

(p)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

United States Attorney's Office
Howard H. Baker Jr. U.S. Courthouse
800 Market St., Ste. 211
Knoxville, TN 37902-2342

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

John P. Newton Jr.
Law Offices of Mayer & Newton
8351 E. Walker Springs Lane
Suite 100
Knoxville, TN 37923-3135

Richard M. Mayer
Law Offices of Mayer & Newton
8351 E. Walker Springs Lane
Suite 100
Knoxville, TN 37923-3135

Robert Lee Williams
795 Lakewood Drive
Jefferson City, TN 37760-5129

Ryan Jarrard
Quist Fitzpatrick & Jarrard
800 South Gay Street, Suite 2121
Knoxville, TN 37929-9711

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Financial Services
P.O. Box 15012
Chandler, AZ 85244-5012

U.S. Dept. of Justice
Tax Division, CTS, Eastern Reg.
P.O. Box 227
Ben Franklin Station
Washington, D.C.  20044

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Toyota Motor Credit Corporation

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Small Business Administration

End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59