

**SO ORDERED.**
**SIGNED this 15th day of May, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**ROBERT LEE WILLIAMS**             Case No. **3:22-bk-31842-SHB**
                                                           Chapter 7

Debtor.

### ORDER AUTHORIZING TRUSTEE TO EMPLOY REALTOR

Upon the application of Ryan E. Jarrard, Trustee, seeking authority to employ Mark Lane & the firm Wallace Real Estate to sell multiple unimproved lots located in East Tennessee, and it appearing that Wallace Real Estate are licensed realtors in the State of Tennessee who do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14) and it appearing that said application is proper pursuant to the provision of 11 U.S.C. § 327(a) and Fed. R. Bankr. 2014, and that the provisions of Fed. R. Bankr. 2014(a) have been satisfied, the application is approved, and Ryan E. Jarrard, Trustee, shall be and he hereby is, authorized to employ Mark Lane & the firm of Coldwell Banker & Wallace, under the terms and

conditions set forth in his application. The total compensation to be paid shall be determined by the Court upon proper interim applications or final application at the conclusion of the realtors' services.

###

**APPROVED FOR ENTRY:**

*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Chapter 7 Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com