

**SO ORDERED.**
**SIGNED this 14th day of June, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

IN RE:

**ROBERT LEE WILLIAMS**              Case No. **3:22-bk-31842-SHB**
                                     Chapter 7

Debtor.

### ORDER APPROVING APPLICATION OF RYAN E. JARRARD, TRUSTEE TO APPEAR TELEPHONICALLY

Upon the *ex parte* motion of the trustee, and for good cause shown, he may appear telephonically pursuant to the telephonic protocols established previously by the court.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com