

**SO ORDERED.**
**SIGNED this 29th day of June, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **ROBERT LEE WILLIAMS**　　　　　　　　　Case No. **3:22-bk-31842-SHB**
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　　　　　　　　　　　　　　　Debtor.

### ORDER AUTHORIZING RYAN E. JARRARD, TRUSTEE, TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS WITH LIENS ATTACHING TO PROCEEDS

    This case came before the Court for hearing June 29, 2023, upon the Trustee's Motion to Sell Real Property of the Estate free and clear of any and all lien rights of creditors with any lien rights attaching to the proceeds of the sale concerning the real property generally known as Old Andrew Johnson Highway East, as described in deed book 1378, page 307, instrument number 015DA012.02 (hereinafter the "Property"), after service of a copy of the Motion to Sell, and this proposed Order together with a notice for hearing pursuant to 11 U.S.C. § 363 and the applicable bankruptcy rules upon all

required parties. No objections were filed. The Court is therefore of the opinion that the relief should be granted as requested.

1. That the Trustee is authorized to sell the Property of the debtor described above to LC Estates for $89,900.00 pursuant to the terms of the underlying motion.

2. That the sale shall be free and clear of all liens of record. All such liens shall attach to the proceeds of sale in the order and priority that existed on the day the bankruptcy case was filed.

3. The Trustee shall file a report of sale within 10 days following the sale.

4. The 14-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h) shall not apply and this Order shall be immediately effective as of the date of its entry.

5. The trustee shall hold the net proceeds from the sale subject to the further orders of this court.

###

APPROVED:

RYAN E. JARRARD, TRUSTEE

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Horizon Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile