The correct amount of compensation is $26,490.00.



**SO ORDERED.**
**SIGNED this 29th day of June, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**ROBERT LEE WILLIAMS**          Case No. **3:22-bk-31842-SHB**
                                 Chapter 7

Debtor.

**ORDER APPROVING APPLICATION OF RYAN E. JARRARD, TRUSTEE ON BEHALF OF MARK LANE AND WALLACE REAL ESTATE, FOR THE ALLOWANCE OF COMPENSATION AND THE REIMBURSEMENT OF EXPENSES**

Ryan E. Jarrard, by and through counsel, seeks approval to pay compensation of $26,400.00 to Mark Lane & the firm of Wallace Real Estate pursuant to passive notice. The fee is based on a 10% commission and a contracted sale price of $89,900.00 to LC Estates for the estates interest in unimproved real property located on Old Andrew Johnson Highway, as well as a 10% commission and a contracted sales price of $175,000.00 to Charles & Kimberly Finger for the estate's interest in unimproved property located at 700 N. Highway 92. No other expenses or fees are expected with respect to either of these sales. The trustee served a copy of the application, together with the proposed order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Mark Lane & the firm of Wallace Real Estate is hereby awarded compensation of **$8,990.00** for the sale of property located at Old Andrew Johnson Highway. Funds may be paid from the closing of the underlying real estate sale.

2. Mark Lane & the firm of Wallace Real Estate is hereby awarded compensation of **$17,500.00** for the sale of property located at Old Andrew Johnson Highway. Funds may be paid from the closing of the underlying real estate sale.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com