

**SO ORDERED.**
**SIGNED this 7th day of December, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**ROBERT LEE WILLIAMS**                    Case No. **3:22-bk-31842-SHB**
                                            Chapter 7

Debtor.

### ORDER AUTHORIZING RYAN E. JARRARD, TRUSTEE, TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS WITH LIENS ATTACHING TO PROCEEDS

This case came before the Court for hearing September 14, 2023, upon the Trustee's Motion to Sell Real Property of the Estate free and clear of any and all lien rights of creditors with any lien rights attaching to the proceeds of the sale concerning the real property generally known as Flat Gap Road (Off) New Market, TN 37820, after service of a copy of the Motion to Sell, and this proposed Order together with a notice for hearing pursuant to 11 U.S.C. § 363 and the applicable bankruptcy rules upon all

required parties. No objections were filed. The Court is therefore of the opinion that the relief should be granted as requested.

1. That the Trustee is authorized to sell the real property of the debtor generally known as Flat Gap Road (Off) New Market, TN 37820 to Cecil Cantrell for $70,000.00.

2. That the sale shall be free and clear of all liens of record. All such liens shall attach to the proceeds of sale in the order and priority that existed on the day the bankruptcy case was filed. The Trustee has sought a payoff from First Peoples Bank of Tennessee, holder of a consensual lien of $74,000.00 pre-petition. First People's Bank has agreed to accept $60,235.00 to release its lien in the property, and will provide a payoff letter to the trustee in that amount. If First Peoples Bank of Tennessee do not prove their lien and payoff amount to the satisfaction of the Trustee, it will not be paid from closing, but his lien will be discharged and the claim, as may be allowed, will attach to the proceeds of sale.

3. The Trustee shall file a report of sale within 10 days following the sale.

4. The 14-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h) shall not apply and this Order shall be immediately effective as of the date of its entry.

5. The trustee shall hold the net proceeds from the sale subject to the further orders of this court.

###

APPROVED:

RYAN E. JARRARD, TRUSTEE

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Horizion Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile